# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 14-1263                                   September Term, 2015

NLRB-13CA046331

**Filed On:** June 17, 2016

Fort Dearborn Company,

        Petitioner

      v.

National Labor Relations Board,

        Respondent

------------------------------

District Council 4, Graphic Communications
Conference of the International Brotherhood
of Teamsters,
        Intervenor

------------------------------

Consolidated with 15-1007

      **BEFORE:**    Henderson, Rogers, and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the motion of the National Labor Relations Board to amend the Court's April 12, 2016 opinion, it is

**ORDERED** that the motion be granted. The opinion is hereby amended as follows:

Slip Op., page 11, delete the first paragraph in full; and

Slip Op., page 14, first full paragraph, replace short citation with the full citation _Parsippany Hotel Mgmt. Co. v. NLRB_, 99 F.3d 413, 425 (D.C. Cir. 1996).

The Clerk is directed to issue the amended opinion.

### Per Curiam

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                BY:    /s/
                                    Michael C. McGrail
                                    Deputy Clerk